CO-386-online
10/03

# United States District Court
# For the District of Columbia

Center for Science in the Public Interest )
)
)
)
vs       Plaintiff )      Civil Action No._____
)
Burger King Corporation )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Burger King Corporation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Burger King Corporation__ which have any outstanding securities in the hands of the public:

Burger King Holdings, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

463296
BAR IDENTIFICATION NO.

Ada Fernandez Johnson
Print Name

555 12th Street N.W., Suite 1100E
Address

Washington D.C.       20004
City       State       Zip Code

202-383-8000
Phone Number