IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Center for Science in the Public Interest**

             Plaintiff,

v.

**Burger King Corporation**

             Defendant.

)
)
)
)  Civil Action No. 1:07-cv-01092
)  (RJL)
)
)
)  Judge Richard J. Leon
)
)
)
)
)

## MOTION OF ROGER E. PODESTA FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Roger E. Podesta, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Mr. Podesta provides his declaration, which is attached as Exhibit A.

Dated: July 13, 2007

             Respectfully submitted,

             Counsel for Defendant:

             /s/ Ada Fernandez Johnson
             Ada Fernandez Johnson (Bar No. 463296)
             DEBEVOISE & PLIMPTON LLP
             555 13th Street, N.W.
             Washington, D.C. 20004-1169
             Tel: (202) 383 8000
             Fax: (202) 383 8118

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Center for Science in the Public Interest**<br><br>Plaintiff,<br><br>v.<br><br>**Burger King Corporation**<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 1:07-cv-01092<br>) (RJL)<br>)<br>)<br>) Judge Richard J. Leon<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF ROGER E. PODESTA

I, ROGER E. PODESTA ("Applicant"), declare as follows:

1. <u>Request for Admission</u>:  I am a partner at the law firm, Debevoise & Plimpton LLP, and I hereby request permission to participate in this action as counsel for Defendant.

2. <u>Name and Address of Applicant's Law Firm</u>:
   Debevoise & Plimpton LLP
   919 Third Avenue
   New York, NY  10022
   Tel: 212-909-6000
   Fax: 212-909-6836

3. <u>Bar Admission(s)</u>:  I am a member of the Bar of the State of New York and am also registered to practice before the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fifth

Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

    4.    <u>Certification of Good Standing</u>:  I certify that I have not been disciplined by any court of record or state bar association.  There are no disciplinary proceedings pending against me.

    5.    <u>Previous Appearances in this Court</u>:  I was admitted to appear *pro hac vice* before this Court on July 6, 2006 in <u>Hoyte v. Yum! Brands, Inc.</u>, 1:06-cv-01127 (JR).  Otherwise, I have not been admitted to appear *pro hac vice* before this Court in the last two years.

    6.    <u>Residence Outside District</u>:  I reside and practice law from an office outside the District of Columbia.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 13th day of July 2007.

                                              /s/ Roger E. Podesta
                                              Roger E. Podesta

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Center for Science in the Public Interest**<br><br>Plaintiff,<br><br>v.<br><br>**Burger King Corporation**<br><br>Defendant. | )<br>)<br>)<br>)  Civil Action No. 1:07-cv-01092<br>)  (RJL)<br>)<br>)<br>)  Judge Richard J. Leon<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Motion of Roger E. Podesta for Admission *Pro Hac Vice* made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration,

IT IS, on this is _____ day of July, 2007, ORDERED that the motion is hereby GRANTED.

_____
The Honorable Richard J. Leon
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Center for Science in the Public Interest** | ) ) ) ) | Civil Action No. 1:07-cv-01092 |
| Plaintiff, | ) ) | (RJL) |
| v. | ) ) ) | Judge Richard J. Leon |
| **Burger King Corporation** | ) ) |  |
| Defendant. | ) ) ) |  |

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I, Ada Fernandez Johnson, associated with Debevoise & Plimpton LLP, attorneys for defendant herein, certify:

I am over eighteen (18) years of age. On the 19th day of June 2007, I caused to be served copies of the within Notice of Removal, Civil Cover Sheet, Certificate Pursuant to Rule LCvR 7.1, and Affidavit of Jonathan Muhtar by federal express next day delivery to counsel for the plaintiffs to this action at the following addresses:

Steven N. Berk
Chavez & Gertler LLP
1225 Fifteenth Street NW
Washington, D.C. 20005

Stephen Gardner
Center for Science in the Public Interest
5646 Milton Street, Suite 211
Dallas, Texas 75206

I certify under penalty of perjury that the foregoing is true and correct.

June 19, 2007

_____
Ada Fernandez Johnson