IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Center for Science in the Public Interest**<br><br>Plaintiff,<br><br>-against-<br><br>**Burger King Corporation**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1092(RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that the undersigned is hereby electronically filing the attached Certificate of Service regarding service of defendant's Notice of Removal, Civil Cover Sheet, Certificate Pursuant to Rule LCvR 7.1 and Affidavit of Jonathan Muhtar. Said documents were filed with the Court on June 18, 2007.

Dated:  Washington, D.C.

   July 13, 2007

                    Respectfully submitted,

                    DEBEVOISE & PLIMPTON LLP

                     /s/ Ada Fernandez Johnson _____
                    Ada Fernandez Johnson (Bar No. 463296)
                    555 12th St., N.W.
                    Suite 1100E
                    Washington, D.C. 20004
                    Telephone: (202) 383-8000
                    Facsimile: (202) 383-8118

22515816v1

and

Roger E. Podesta
Erich Grosz
Terrianne Muenzen
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

22515816v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Center for Science in the Public Interest** | ) )  ) ) Civil Action No. 1:07-cv-01092 |
| Plaintiff, | ) (RJL) ) |
| v. | ) ) ) Judge Richard J. Leon |
| **Burger King Corporation** | ) ) |
| Defendant. | ) ) ) |

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I, Ada Fernandez Johnson, associated with Debevoise & Plimpton LLP, attorneys for defendant herein, certify:

I am over eighteen (18) years of age. On the 19th day of June 2007, I caused to be served copies of the within Notice of Removal, Civil Cover Sheet, Certificate Pursuant to Rule LCvR 7.1, and Affidavit of Jonathan Muhtar by federal express next day delivery to counsel for the plaintiffs to this action at the following addresses:

Steven N. Berk
Chavez & Gertler LLP
1225 Fifteenth Street NW
Washington, D.C. 20005

Stephen Gardner
Center for Science in the Public Interest
5646 Milton Street, Suite 211
Dallas, Texas 75206

I certify under penalty of perjury that the foregoing is true and correct.

June 19, 2007

Ada Fernandez Johnson