FILED ELECTRONICALLY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Center for Science in the Public Interest** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| -against- | ) ) | Civil Action No. 07-1092(RJL) |
| **Burger King Corporation** | ) ) | |
| Defendant. | ) ) ) ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that the undersigned is filing the Burger King Nutritional Information Poster attached as Exhibit 9 to the Declaration of Erich O. Grosz with the Clerk's Office.  Due to size limitations, Exhibit 9 can not be filed electronically and is therefore being filed with the Clerk's Office and served by Federal Express on opposing counsel pursuant to LCvR 5.4(e)(1).

Dated:   Washington, D.C.
      July 20, 2007

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

_/s/ Ada Fernandez Johnson_
Ada Fernandez Johnson (Bar No. 463296)
555 12th St., N.W.
Suite 1100E
Washington, D.C. 20004
Telephone: (202) 383-8000
Facsimile: (202) 383-8118

and

Roger E. Podesta
(admitted pro hac vice)
Erich Grosz
(admitted pro hac vice)
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

## CERTIFICATE OF SERVICE

I, Terrianne Muenzen, associated with Debevoise & Plimpton LLP, attorneys for defendant herein, certify:

I am over eighteen (18) years of age.  On the 20th day of July 2007, I caused to be served copies of the Burger King Nutritional Information Poster attached as Exhibit 9 to the Declaration of Erich O. Grosz by Federal Express to counsel for the plaintiffs to this action at the following addresses:

Steven N. Berk
Chavez & Gertler LLP
1225 Fifteenth Street NW
Washington, D.C. 20005

Stephen Gardner
Center for Science in the Public Interest
5646 Milton Street, Suite 211
Dallas, Texas 75206

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2007

/s/ Terrianne Muenzen
Terrianne Muenzen