FILED ELECTRONICALLY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Center for Science in the Public Interest**<br><br>       Plaintiff,<br><br>v.<br><br>**Burger King Corporation**<br><br>       Defendant. | )<br>)<br>)<br>) Civil Action No. 1:07-cv-01092<br>) (RJL)<br>)<br>)<br>)<br>) **NOTICE OF APPEARANCE**<br>) **AND REQUEST FOR**<br>) **ELECTRONIC**<br>) **NOTIFICATION**<br>)<br>) |

   PLEASE TAKE NOTICE that Defendant Burger King Corporation appears in the case captioned above by its counsel, Roger E. Podesta and Erich O. Grosz of Debevoise & Plimpton LLP.  The undersigned respectfully request that notice of electronic filing of all papers in the within action be transmitted to them at the addresses given below.

Dated: New York, New York
       July 24, 2007

DEBEVOISE & PLIMPTON LLP

By:   /s/ Roger Podesta
      Roger E. Podesta
      repodest@debevoise.com

      /s/ Erich O. Grosz
      Erich O. Grosz
      eogrosz@debevoise.com

919 Third Avenue
New York, NY  10022
(212) 909-6000

*Attorneys for Burger King Corporation*