FILED ELECTRONICALLY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Center for Science in the Public Interest** <br><br> Plaintiff, <br><br> v. <br><br> **Burger King Corporation** <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-01092 <br> ) (RJL) <br> ) <br> ) <br> ) **NOTICE OF APPEARANCE** <br> ) **AND REQUEST FOR** <br> ) **ELECTRONIC** <br> ) **NOTIFICATION** <br> ) <br> ) |

PLEASE TAKE NOTICE that Defendant Burger King Corporation appears in the case captioned above by its counsel, Roger E. Podesta and Erich O. Grosz of Debevoise & Plimpton LLP.  The undersigned respectfully request that notice of electronic filing of all papers in the within action be transmitted to them at the addresses given below.

Dated: New York, New York  
July 24, 2007

DEBEVOISE & PLIMPTON LLP

By:  /s/ Roger Podesta  
Roger E. Podesta  
repodest@debevoise.com

/s/ Erich O. Grosz  
Erich O. Grosz  
eogrosz@debevoise.com

919 Third Avenue  
New York, NY  10022  
(212) 909-6000

*Attorneys for Burger King Corporation*