IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Center for Science in the Public Interest** ) ) ) ) Plaintiff, ) ) v. ) ) **Burger King Corporation** ) ) Defendant. ) ) ) | Civil Action No. 1:07-cv-01092 (RJL) |

**CONSENT MOTION FOR CROSS-BRIEFING SCHEDULE**

Defendant Burger King Corporation, by and through its counsel, hereby moves this Court to approve the following cross-briefing schedule for the motions pending before the Court.

There are two motions pending before this Court: (1) Plaintiff's Motion to Remand, which was filed on July 18, 2007. Defendant's response is currently due on July 30, 2007 and Plaintiff's reply is due on August 6, 2007. (2) Defendant's Motion to Dismiss, which was filed on July 20, 2007. Plaintiff's response is currently due on July 31, 2007 and Defendant's reply is due on August 7, 2007.

Pursuant to LCvR 7(m), the parties have conferred and agreed to a cross-briefing schedule for the motions. By August 17, 2007, Defendant shall file its Opposition to Plaintiff's Motion to Remand, and Plaintiff shall its Opposition to Defendant's Motion to Dismiss. By August 31, 2007, Defendant shall file its Reply in Further Support of its Motion to Dismiss, and Plaintiff shall file its Reply in Further Support of its Motion to

Remand. Both parties agree that the proposed schedule is the best way to manage the briefing of the pending motions.

No extensions have been previously granted by the Court in this action. While this matter was pending in state court, the parties agreed that Defendant would have until July 20, 2007 to file its Motion to Dismiss.

There are no other motions pending and no other scheduled deadlines in this matter. No oral argument is scheduled for the pending motions.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests that this Court grant this Consent Motion for Cross-Briefing Schedule as outlined above.

Dated: July 26, 2007

Respectfully Submitted,

DEBEVOISE & PLIMPTON LLP


/s/_____Erich O. Grosz_____
By:    Roger E. Podesta
       Erich O. Grosz
       (admitted pro hac vice)

919 Third Avenue
New York, New York 10022
Tel:   (212) 909-6000
Fax:   (212) 909-6836

/s/_____Ada Fernandez Johnson__
By:    Ada Fernandez Johnson
       (Bar No. 463296)

555 12th St., NW
Suite 1100E
Washington, D.C. 20004
Tel:   (202) 383-8000
Fax:   (212) 383-8118

*Attorneys for Defendant Burger King Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Center for Science in the Public Interest**  <br><br>                     Plaintiff,  <br><br>   v.  <br><br>**Burger King Corporation**  <br><br>                     Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 1:07-cv-01092<br>) (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendant's Consent Motion for a Cross-Briefing Schedule, and the Court having been duly advised,

IT IS HEREBY ORDERED AND ADJUDGED THAT Defendant's Motion is hereby GRANTED, and

Defendant shall have until Friday, August 17, 2007 to file its Opposition to Plaintiff's Motion to Remand and shall have until Friday, August 31, 2007 to file its Reply in Further Support of its Motion to Dismiss.

Plaintiff shall have until Friday, August 17, 2007 to file its Opposition to Defendant's Motion to Dismiss and shall have until Friday, August 31, 2007 to file its Reply in Further Support of its Motion to Remand.

IT IS SO ORDERED on this the _____ day of July, 2007.

_____
Honorable Richard J. Leon
United States District Court