IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Center for Science in the Public Interest**, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**Burger King Corporation**, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-CV-1092 (RJL)<br><br>Judge Richard J. Leon |

**JOINT MOTION TO SET ASIDE AND CANCEL STATUS CONFERENCE**

The Center for Science in the Public Interest (CSPI) and Burger King Corporation (Burger King) jointly request that the Court cancel the status conference currently set for September 4, 2007, at 3:30 pm, because two dispositive motions are pending.

CSPI filed a Motion to Remand on July 18, 2007. Doc. 8. Burger King filed a Motion to Dismiss on July 20, 2007. Doc. 9. Both motions are dispositive as to this Court: If CSPI's motion is granted, the case will be remanded to Superior Court for the District of Columbia. If Burger King's motion is granted, the case will be dismissed by the Court.

The parties agreed on a briefing schedule for the two motions, and filed a scheduling motion with the Court accordingly, on July 26, 2007. Doc. 14. The scheduling motion contemplates that (1) by this Friday, August 17, Burger King will file its Opposition to Plaintiffs Motion to Remand and CSPI will file its Opposition to Defendant's Motion to Dismiss; and (2) by Friday, August 31, CSPI will file its Reply in Further Support of its Motion to Remand and Burger King will file its Reply in Further Support of its Motion to Dismiss. Although the Court has not yet ruled on the scheduling motion, the parties have proceeded with briefing on this schedule.

- 1 -

Thus, under the current schedule, the briefing on two dispositive motions will be completed by August 31, which is only one court day prior to the September 4 Status Conference. If the Court grants either motion, this case will no longer be pending in this Court.

Therefore, the parties suggest that it would best conserve judicial resources to cancel the September 4 Status Conference pending decision on the two motions, which they respectfully request.

Respectfully submitted,

Of Counsel:
**Center for Science in the Public Interest**
Stephen Gardner, Director of Litigation
(D.C. Bar No. 500296)
Kate Campbell, Staff Attorney
5646 Milton St., Ste. 211
Dallas, Texas 75206
Telephone: 214-827-2774
Facsimile: 214-827-2787

**CHAVEZ & GERTLER LLP**
Steven N. Berk
(D.C. Bar No. 432874)
1225 Fifteenth Street NW
Washington, D.C. 20005
Telephone: 202-232-7550
Facsimile: 202-232-7556

Of Counsel:
**CHAVEZ & GERTLER LLP**
Mark A. Chavez
Nance F. Becker
Daniel Swerdlin
42 Miller Avenue
Mill Valley, CA 94941
Telephone: 415-381-5599
Facsimile: 415-381-5572

Attorneys for Center for Science in the Public Interest
By:

_/s/ Steven N. Berk_
Steven N. Berk

**DEBEVOISE & PLIMPTON LLP**
Roger E. Podesta
Erich O. Grosz
(admitted pro hac vice)
919 Third Avenue
New York, N.Y. 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

**DEBEVOISE & PLIMPTON LLP**
Ada Fernandez Johnson
(Bar No. 463296)
555 12th St., NW
Suite 1100E
Washington, D.C. 20004
Tel: (202) 383-8000
Fax: (212) 383-8118

Attorneys for Burger King Corporation
By: _Ada Fernandez Johnson / SNB by consent_
Ada Fernandez Johnson

## CERTIFICATE OF SERVICE

A copy of the forgoing was served August 14, 2007 using the Court's CMF/ECF system, on counsel for defendant:

Roger Podesta
Eric O. Grosz
Ada Fernandez Johnson
DEBEVOISE & PLIMPTON LLP
555 13th St. NW Suite 1100E
Washington, DC 20004-1169
T: (202) 383-8000
F: (202) 282-8118

_____
Steven N. Berk