UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 21 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **CENTER FOR SCIENCE IN THE PUBLIC INTEREST,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case No. 07-1092 (RJL) |
| **BURGER KING CORP.,** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this  ___19th___ day of February 2008, hereby

**ORDERED** that plaintiff's motion to remand [#8] is GRANTED; and it is further

**ORDERED** that defendant's motion to dismiss [#9] is DENIED as moot.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge



1